UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CEREESE BLOSE, *individually and on behalf of all* : 
*others similarly situated*, :
:
                                    Plaintiff, :          25-CV-0860 (JAV)
:
        -v-                          :               ORDER
:
E&M PROPERTY MANAGEMENT, LLC, 145-153 :
EDGECOMBE HOLDINGS, LLC, and ARBOR :
REALTY SR, INC., :
:
                                Defendants. :
:
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        As stated on the record during the conference held earlier today:

- Defendant Arbor Realty SR, Inc.'s Motion to Stay Discovery and Defendant 145-153 Edgecombe Holdings, LLC's Motion to Stay Discovery are both **GRANTED**.
- Plaintiff is directed to file her Amended Complaint by May 20, 2025. Responses to the Amended Complaint will be due on June 20, 2025. If any Defendant files a Motion to Dismiss, any opposition shall be filed by July 8, 2025, and replies will be due on July 15, 2025.

        The Clerk of Court is directed to terminate ECF Nos. 25 and 28.

        SO ORDERED.

Dated: April 2, 2025
       New York, New York                                _____
                                                                 JEANNETTE A. VARGAS
                                                                  United States District Judge